## JACOBS *v.* ARIZONA.

No. 420, Misc. Decided October 21, 1963.

PER CURIAM.

The appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.

## CHODOROV *v.* NEW YORK.

No. 477, Misc. Decided October 21, 1963.

*Arnold Schildhaus* for appellant.

*Leo A. Larkin, Seymour B. Quel* and *John A. Murray* for appellee.

PER CURIAM.

The motion to dismiss is granted and the appeal is dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari is denied.